```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

WOODROW PREACELY,

                              Plaintiff,

-against-                                  **ORDER**

U.S DEPARTMENT OF HOUSING and URBAN       **22-CV-6446 (AT) (KHP)**
DEVELOPMENT, OFFICE OF INVESTIGATIONS,

                              Defendant.

**KATHARINE H. PARKER, United States Magistrate Judge.**

On October 20, 2022, the Court issued an Order granting Defendant's letter motion at ECF No. 11, and reminding Defendant that Judge Torres' Rules require a pre-motion letter prior to the filing of any motion, with some exceptions. The Court now clarifies that Judge Torres does not require a pre-motion letter for *pro se* cases such as this one. *See* https://www.nysd.uscourts.gov/sites/default/files/practice_documents/AT%20Individual%20Practices%20in%20Pro%20Se%20Cases%20%28FINAL%29%20-%2005.23.19_2.pdf.

Defendant's Motion to Dismiss must be filed and served on Plaintiff by **Tuesday, November 8, 2022**. The deadline for Plaintiff's opposition brief is **Tuesday, December 6, 2022**. The deadline for Defendant's reply is **Tuesday, December 20, 2022.**

**The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.**

SO ORDERED.

Dated: New York, New York
       October 21, 2022

                                              */s/ Katharine H. Parker*
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2022