```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Woodrow Preacely,

                        Plaintiff,

-against-

U.S Department of Housing and Urban Development, *Office of Investigations*,

                        Defendant.

**ORDER**

22-CV-6446 (AT) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

        On November 23, 2022, pro se Plaintiff attempted to file two separate motions on the docket at ECF Nos. 25 and 26: a motion to amend the petition, and a motion for a pre-motion conference regarding an anticipated motion for a preliminary injunction. However, the Clerk of the Court inadvertently docketed the motion for a pre-motion conference twice.

        On December 6, 2022, the Clerk of the Court corrected the error such that ECF No. 25 now reflects the motion to amend and ECF No. 26 reflects the motion for a pre-motion conference and extension.

        On December 8, 2022, the Court issued an order denying Plaintiff's request for a pre-motion conference and setting a briefing schedule in the event Plaintiff chooses to move for a preliminary injunction. (ECF No. 30.) Due to the docketing error, this Order referenced and terminated ECF No. 25. **To correct the record, the motion to amend at ECF No. 25 is NOT terminated. Rather, the motion at ECF No. 26 is terminated by virtue of ECF No. 30.**

As to Plaintiff's motion to amend the pleading now filed at ECF No. 25, the Court requests that Defendant file a letter of no more than three pages stating its position regarding this request by **Wednesday, December 14, 2022**.

**The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.**

Dated: New York, New York
December 9, 2022                    Respectfully Submitted

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge