```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Woodrow Preacely,

                              Plaintiff,

-against-

U.S Department of Housing and Urban Development, *Office of Investigations*,

                              Defendant.

**ORDER**

22-CV-6446 (AT) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      On December 15, 2022, the Court granted Plaintiff's request to file an amended pleading and set the deadline for Plaintiff to file the amended pleading as January 16, 2023. Plaintiff did not file an amended pleading by that date and still has not filed an amended pleading. In light of Plaintiff's pro se status and out of solicitude to Plaintiff, the Court grants Plaintiff an extension of the deadline *nunc pro tunc* to file the amended pleading until **Wednesday, January 25, 2023**. If Plaintiff no longer intends to amend the pleading, he should file a short status letter by **Wednesday, January 25, 2023** advising the Court and Defendant that no amendment is forthcoming.

      In the event an Amended Pleading is filed by January 25, 2023, the deadline for Defendant's Motion to Dismiss the Amended Pleading will be **Wednesday, February 22, 2023**, the deadline for Plaintiff's opposition to the Motion to Dismiss the amended petition will be **Wednesday, March 22, 2023**, and the deadline for Defendant's reply will be **Wednesday, April 19, 2023.** In the event no Amended Pleading is filed by January 25, 2023, the Court will

consider the initial pleading to be the Operative Pleading and will issue a Report and

Recommendation on Defendant's Motion to Dismiss that is filed at ECF No. 19.

Dated: New York, New York
       January 18, 2023                  Respectfully Submitted

                                            *Katharine H. Parker*
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge