UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2023
```

Woodrow Preacely,

                                        Plaintiff,

            -against-

U.S Department of Housing and Urban
Development, *Office of Investigations*,

                                        Defendant.

**ORDER**

**22-CV-6446 (AT) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On November 23, 2022, Plaintiff filed a motion to amend the petition.  (ECF No. 25.)  On December 12, 2022, Plaintiff filed a petition, but the Court was unclear whether Plaintiff intended for that to be the amended petition.  (ECF No. 32.)  On January 29, 2023, Plaintiff emailed the Court and informed the Court that the amended petition was filed at ECF No. 32.  That email is attached to this order.

Accordingly, the Court deems that petition filed at ECF No. 32 as the operative amended petition.  Accordingly, Defendant's Motion to Dismiss is due on **Wednesday, February 22, 2023**, Plaintiff's opposition brief is due on **Wednesday, March 22, 2023**, and Defendant's reply is due on **Wednesday, April 19, 2023**.

The Court reminds the parties that all communications with the Court should be made through letters filed on ECF.

The Motion to Dismiss filed at ECF No. 19 is moot in light of the fact that an Amended Petition was filed.  **The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 19.**

Dated: New York, New York
      January 30, 2023            Respectfully Submitted

_____

KATHARINE H. PARKER
United States Magistrate Judge

| | |
|---|---|
| **From:** | Woodrow Preacely |
| **To:** | Parker NYSD Chambers |
| **Subject:** | WOODROW PREACELY - 22-CIV-6446 - [EMERGENCY E-MAIL] PETITIONER FILED AMENDED VERIFIED PETITION BACK ON DECEMBER 12, 2022. COURT ERROR THERETO INSTANTLY. EGGREGIOUS INCIDENT OF HARASSMENT/RETALIATION DEMONSTRATIVE TO PETITIONER"S NEEDS FOR RELIEF |
| **Date:** | Sunday, January 29, 2023 6:25:19 AM |

CAUTION - EXTERNAL:

SCN1674970124500.pdf

# JUDGE PARKER:

## JUST RECEIVED YOUR LETTER OF JANUARY 18 YESTERDAY JANUARY 28, 2023.

## RESPECTFULLY, THE COURT HAS MADE AN ERROR HERETO AS I FILED MY <u>AMENDED VERIFIED PETITION</u> BACK ON <u>DECEMBER 12, 2022</u> AND SENT MS. GALLAGHER A COPY AS WELL ON THAT DATE. (SEE FIRST ATTACHED PDF).

## I DO NOT KNOW WHAT DOCKET ENTRY IT IS AS I AM STILL NOT ON THE ECF SYSTEM, BUT COURT MUST NOTE I DID FILE IT PERSONALLY ON <u>DECEMBER 12, 2022</u> AND HAVE PERSONALLY SEEN IT ON THE COURT'S PACER SYSTEM SINCE THAT TIME.

## <u>RECENT NYPD-DOCUMENT INCIDENT OF RETALIATORY HARASSMENT BY WATCH GROUP MEMBERS</u>

## <u>TO PETITIONER'S DIRE NEEDS FOR RELIEF FROM CRIMINALLY-MOTIVATED NEIGHBORHOOD WATCH PROGRAM</u>

## COURT MUST PRELIMINARILY EVINCE DEVASTATING NEW EVIDENCE TO MY DIRE NEEDS FOR EQUITABLE AND INJUNCTIVE RELIEF AS TO THIS PATENTLY EVIL, RACIST, HOMOPHOBIC, SEXIST, DOMINICAN NEIGHBORHOOD WATCH REGIME OF WASHINGTON HEIGHTS AREA.  ON <u>JANUARY 12, 2023</u> EXPERIENCED AN ACT OF NYPD-DOCUMENTED RETALIATORY HARASSMENT FOR WHICH I HAD TO PEPPER SPRAY ASSAILANT TO KEEP HIM FROM FORCEFULLY ENTERING MY APARTMENT.

SCN1674338957598.pdf
## NEW  <u>NYPD</u> <u>INCIDENT REPORT</u> NO. 000304 FOR <u>JANUARY 12, 2023</u> INCIDENT BELOW AND MY PEPPER-SPRAYING ASSAILANT.  JUSTIFIED AS SELF-DEFENSE BY NYPD DUE TO TENANT/AGITATORS.

**https://1drv.ms/u/s!AkBpHWJKMJWugZlJz-hG8j05Fz1ngQ (DOMINICAN AGITATOR I HAD TO PEPPER SPRAY ON <u>JANUARY 12, 2023</u> CLEARLY SEEN AT 25-27 SECONDS HEREIN).  NYPD WILL NOT ARREST HIM AS ALLEGEDLY DON'T INVESTIGATE <u>HARASSMENT</u> CASES AS ONLY A "VIOLATION".**

https://1drv.ms/u/s!AkBpHWJKMJWugZlSjWTOIWUYTgr1oA

**NO VIDEO ONLY AUDIO.  (PHONE WAS DOWN DURING CONFRONTATION AND MY FORCEFULLY KEEPING ASSAILANT FROM ENTERING APARTMENT) - BUT AUDIO AS TO CONFRONTATION AND PEPPER SPRAYING DOMINICAN ASSAILANT AND HIS BANGING ON, RINGING BELL AND THEN SCRATCHING UP AND KICKING MY DOOR AFTERWARDS.**

**https://1drv.ms/u/s!AkBpHWJKMJWugZlKEmrdMdcJUnSzKg (<u>JANUARY 12, 2023</u> SCRATCHES HE MADE ON MY DOOR OF APARTMENT 4H <u>DIRECTLY</u> <u>AFTER</u> I PEPPER SPRAYED HIM NOTE: APPARENTLY HAD A SHARP INSTRUMENT OR KNIFE IN ORDER TO DO SO.)**

**<u>https://1drv.ms/u/s!AkBpHWJKMJWugZlRxvx_NLb1sOC5GA</u> <u>JAN 14, 2023</u> VIDEO WITH BETTER VIEW OF HOLES IN DOOR INDICATING PERP MUST HAVE HAD KNIFE ON HIM ON <u>JANUARY 12, 2023</u>.**

**THE COURT <u>MUST</u> <u>NOT</u> NOW BASE ITS DECISION ON THE <u>MOTION TO DISMISS</u> UPON ONLY THE INITIAL <u>VERIFIED PETITION</u> [WHICH I ADMIT I MADE ERRORS IN JUDGE PARKER].  KNOW THE COURT DEALS WITH MANY CASES, BUT IT IS READILY EVIDENCED HEREIN THAT I FILED THE <u>AMENDED VERIFIED PETITION</u> BACK ON <u>DECEMBER 12, 2022</u>.**

**THE VIOLENT <u>JANUARY 12, 2023</u> INCIDENT ABOVE - ALONG WITH THE FAVORABLE <u>CCRB REPORT</u> YOU MAY OR MAY NOT HAVE SEEN YET (THAT WILL <u>ALL</u> BE INCLUDED IN MY <u>OPPOSITION PAPERS</u>) , DEFINITIVELY EVIDENCES THAT MY PETITION SHOULD <u>NOT</u> <u>BE</u> <u>DISMISSED</u>, THAT I AM ENTITLED TO <u>EQUITABLE</u> AND <u>INJUNCTIVE</u> <u>RELIEF</u> AND DISCOVERY HEREFORE AND THAT SOME ELEMENTS OF THIS DOMINICAN RESIDENT WATCH REGIME ARE SOMEWHAT CORRUPT, RACIST AND CRIMINALLY-MOTIVATED.  [AS WELL, THAT THE <u>FEDERAL</u> CRIME FRAUD EXCEPTIONS NOW APPLY TO THIS**

**CASE].**

**IF THERE ARE ANY QUESTIONS OR COMMENTS LET ME KNOW AT 9173194383 OR MY EMAIL.**

**THANK YOU YOUR HONOR.**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.