```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Woodrow Preacely,

                              Plaintiff,

-against-

U.S Department of Housing and Urban Development, *Office of Investigations*,

                              Defendant.

<u>ORDER</u>

22-CV-6446 (AT) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

On February 9, 2023, Plaintiff filed a letter requesting a discovery conference (ECF No. 39) and a separate letter that appears to request an order compelling the New York City Department of Social Services to produce documents in response to a subpoena. The Court has already considered and rejected Plaintiff's requests for a discovery conference and to compel discovery. (ECF No. 18.) As the Court explained at ECF No. 18, discovery is stayed until after a decision is issued on Defendant's Motion to Dismiss. For the same reasons stated in that order, Plaintiff's requests are denied.

Plaintiff should not file any further requests relating to discovery until after a decision is issued on the Motion to Dismiss. Any filings in contravention of this order may be stricken from the docket.

**The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff**

    **SO ORDERED.**

Dated: February 13, 2023
       New York, NY

                                                   *Katharine H. Parker*
                                                KATHARINE H. PARKER
                                               United States Magistrate Judge