UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Woodrow Preacely,

                      Petitioner,                  22 **CIVIL** 6446 (AT)(KHP)

      -against-                                  <u>**JUDGMENT**</u>

United States of America, HUD, Office of
Investigations,

                    Respondents,
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 10, 2023, the Court OVERRULES Petitioner's objections to the R&R, ADOPTS the R&R's conclusions, and GRANTS Respondents' motion to dismiss the amended petition. Petitioner's claims are DISMISSED pursuant to Federal Rule of Civil Procedure 8(a) or, in the alternative, Rule 12(b)(6), with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
            July 10, 2023

                                                  **RUBY J. KRAJICK**

                                                    _____
                                                        **Clerk of Court**

                              **BY:**

                                                    _____
                                                        **Deputy Clerk**